JESSE MAE WRIGHT v. THE STATE.

No. 22143. Delivered May 20, 1942.

The opinion states the case.

*F. A. Cravens,* of Waco, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft from the person, punishment being assessed at six years in the penitentiary.

The record is before us without a statement of facts. The only bills of exception are complaints because of the refusal of two special requested charges. Obviously, the pertinency of the requested charges cannot be appraised in the absence of the facts in evidence.

The judgment is affirmed.